## 15529.   SELLERS v. THE STATE.

LUKE, J.   The evidence tending to establish the conviction of the defendant being wholly circumstantial, the failure of the judge to instruct the jury upon the law of circumstantial evidence, even in the absence of a timely and appropriate written request, was error requiring the grant of a new trial.

*Judgment reversed.   Broyles, C. J., and Bloodworth, J., concur.*

DECIDED JUNE 10, 1924.

Accusation of larceny; from city court of Baxley—Judge Speer. March 8, 1924.

*H. L. Williams, J. B. Moore,* for plaintiff in error.

*Wade H. Watson, solicitor,* contra.